No. 401.  VALLEY *v.* COLORADO.  Sup. Ct. Colo.  Certiorari denied.  *Anthony F. Zarlengo* for petitioner.

No. 404.  SCHEPPS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *Edwin M. Sigel* for petitioner.  *Solicitor General Griswold, Assistant Attorney General Rogovin,* and *Joseph M. Howard* for the United States.

No. 405.  MAYER *v.* ORDMAN, GENERAL COUNSEL, NATIONAL LABOR RELATIONS BOARD.  C. A. 6th Cir.  Certiorari denied.  *David G. Heilbrun* for petitioner.  *Solicitor General Griswold, Arnold Ordman, pro se, Dominick L. Manoli, Norton J. Come,* and *Arthur A. Horowitz* for respondent.

No. 406.  McCULLOUGH TOOL CO. *v.* WELL SURVEYS, INC., NOW DRESSER SIE, INC., ET AL.  C. A. 10th Cir.  Certiorari denied.  *R. Welton Whann* for petitioner.  *Rufus S. Day, Jr.,* and *Robert J. Woolsey* for respondents.

No. 407.  HENDERSON, WARDEN *v.* PROGUE ET AL.  C. A. 5th Cir.  Certiorari denied.  *Jack P. F. Gremillion,* Attorney General of Louisiana, and *George A. Bourgeois,* Assistant Attorney General, for petitioner.

No. 408.  NUGARA *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.  *Anna R. Lavin* for petitioner.

No. 411.  F. H. SPARKS CO., INC. *v.* GEORGE SOLLITT CONSTRUCTION CO.  C. A. 7th Cir.  Certiorari denied.  *Francis X. Conway* for petitioner.  *Albert E. Jenner, Jr.,* for respondent.